CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
Phone: (858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, | Case Number: |
| Plaintiff, | |
| v. | **Certification of Interested Entities or Persons** |
| **Lamb Partners, LLC**, a California Limited Liability Company | **Civil L.R. 3-15** |
| Defendants. | |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: December 8, 2020          CENTER FOR DISABILITY ACCESS

By:_____
Amanda Seabock, Esq.,
Attorneys for Plaintiff

1
Certification of Interested Entities or Persons